■ NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, v LAWRENCE M. PIPER et al., Respondents. (Action No. 1.) NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, v LAWRENCE M. PIPER, Respondent. (Action No. 2.) [731 NYS2d 409] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Plaintiff appeals from an order denying its motion for

partial summary judgment on liability and granting defendants' cross motion for partial summary judgment dismissing the third cause of action in action No. 1 and the complaint in action No. 2. The failure of the parties to support their respective motion and cross motion with a copy of the answer filed in each action requires denial of the motion and cross motion (*see,* CPLR 3212 [b]; *DiSano v KBH Constr. Co.,* 280 AD2d 951, 952), regardless of the merits of the motion and cross motion (*see, Niles v County of Chautauqua,* 285 AD2d 988). We therefore modify the order by denying the cross motion and reinstating the third cause of action in action No. 1 and the complaint in action No. 2. (Appeal from Order of Supreme Court, Steuben County, Furfure, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine and Lawton, JJ.